UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Peter Collins 99-A-2393

     Plaintiff,

    -against-

Dale Artus, Superintendent, Clinton Correctional
Facility

     Defendant.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 1936 (PKC)(JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

 If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_ Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

 Purpose:_____

_X_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

 Particular Motion:_____

 All such motions: \_\_\_\_

Do not check if already referred for general pretrial.

SO ORDERED.

              _____
              P. Kevin Castel
              United States District Judge

DATED: New York, New York
    March 6, 2008