UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - :
PETER COLLINS,                                 : 08 Civ. 1936 (PKC) (JCF)
                                               :
                Petitioner,                    :      O R D E R
                                               :
        - against -                            :
                                               :
SUPERINTENDENT DALE ARTUS, Clinton             :
Correctional Facility,                         :
                                               :
                Respondent.                    :
- - - - - - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

   This case having been referred by the Honorable P. Kevin Castel, U.S.D.J., and the Court having examined the petition in this action pursuant to 28 U.S.C. § 2254, and the Court having concluded that the petition should not be summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, it is

   ORDERED, pursuant to Rule 4, that the respondent file the transcript of the state court proceedings and an answer or other pleading to the petition raising all available defenses no later than May 16, 2008; and it is further

   ORDERED that the petitioner file any reply papers no later than June 13, 2008; and it is further

   ORDERED, pursuant to Rule 4, that the Clerk of the Court serve copies of this Order, of the petition, and of the form for Consent to Proceed Before a United States Magistrate Judge by certified mail upon the Attorney General for the State of New York and the Bronx County District Attorney; and it is further

   ORDERED that by the date that the answer is filed, respondent

1

shall advise the undersigned whether the parties consent to refer this case to a United States Magistrate Judge for final disposition and, if so, shall return a fully executed copy of the enclosed consent form.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 13, 2008

Copies mailed this date:

Peter Collins
99-A-2393
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929