

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

**ROBERT T. JOHNSON**
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2156
Fax 590-6523

[Stamp: RECEIVED MAY 7 2008 CHAMBERS OF JAMES C. FRANCIS IV UNITED STATES MAGISTRATE JUDGE]

May 7, 2008

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/13/08]

**MEMO ENDORSED**

Honorable James C. Francis, IV
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

Re:  Peter Collins v. Dale Artus
     08 Civ. 1936 (PKC)(JCF)

Your Honor:

Our Office represents the respondent in the above-entitled habeas corpus proceeding. Pursuant to your Order dated March 13, 2008, our response to the pro se petition is currently due on May 16, 2008. Due to my workload, I respectfully request a sixty-day extension until July 15, 2008, to file our response.

Currently, I am responsible for filing a state appellate brief in the Appellate Division, First Department by August 6, 2008 (People v. James Kadarko, Ind. No. 3629/2004). I also have an additional application for a federal writ of habeas corpus that is awaiting a response.

This first request for an extension to July 15, 2008, is made in good faith, based upon my approximation of the time required to prepare an adequate response. Thank you for your time and consideration in this matter.

Respectfully,

T. Charles Won
Assistant District Attorney

cc:  Peter Collins
     # 99-A-2393
     Clinton Correctional Facility
     P.O. Box 2001
     Dannemora, New York 12929

[Handwritten endorsement:]
5/13/08
Application granted. In addition, petitioner's time to reply is extended to August 15, 2008. In view of the fact that final determination of the petition will be delayed by adjudication of objections to my report & recommendation, no further extensions of the time to answer will be permitted. SO ORDERED.
James C. Francis IV
USMJ